Matter of Cooper (2026 NY Slip Op 00047)

Matter of Cooper

2026 NY Slip Op 00047

Decided on January 8, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 8, 2026

PM-02-26
[*1]In the Matter of Bruce Michael Cooper, an Attorney. (Attorney Registration No. 2575488.)

Calendar Date:December 29, 2025

Before:Reynolds Fitzgerald, J.P., Ceresia, Fisher, McShan and Mackey, JJ.

Bruce Michael Cooper, Rockville, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Bruce Michael Cooper was admitted to practice by this Court in 1993 and lists a business address in Washington, DC with the Office of Court Administration. Cooper now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Cooper's application.
Upon reading Cooper's affidavit sworn to November 1, 2025 and filed November 5, 2025, and upon reading the December 23, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Cooper is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Reynolds Fitzgerald, J.P., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that Bruce Michael Cooper's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Bruce Michael Cooper's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Bruce Michael Cooper is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Cooper is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Bruce Michael Cooper shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.